MONTAG BROTHERS INC. *v.* STATE REVENUE COMMISSION *et al.*

RUSSELL, C. J. Upon careful consideration of the application for certiorari and of the entire record, this court is of the opinion that the Court of Appeals did not err in affirming the judgment of the superior court finding against the affidavit of illegality interposed by the plaintiff in error. Therefore the judgment of the Court of Appeals must be

*Affirmed. All the Justices concur.*

No. 10791. JUNE 13, 1936.

*Herbert J. Haas, Bertram S. Boley,* and *Joseph F. Haas,* for plaintiff in error. *Harold Hirsch, Marion Smith,* and *M. E. Kilpatrick,* as amici curiæ.

*M. J. Yeomans, attorney-general, B. D. Murphy* and *John T. Goree, assistant attorneys-general,* contra.

ROBERTS *v.* ROBERTS, executrix.

GILBERT, Justice. It appearing from the evidence that the transaction upon which this suit was instituted was fraudulent in its inception, and that the petitioner's testator and the defendant were in pari delicto, equity should not interfere, but should leave the parties where it finds them. Code, § 37-112. Accordingly, the court erred in directing a verdict for the petitioner and in continuing the injunction.

*Judgment reversed. All the Justices concur.*

No. 11169. JUNE 13, 1936.

*Price Edwards,* for plaintiff in error.

*Neely, Marshall & Greene, John D. Humphries Jr.,* and *Walter Matthews,* contra.